IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:18-00166

CHRISTOPHER SAUNDERS

**MEMORANDUM OPINION AND ORDER**

Pending before the court is defendant's motion to continue the trial and all case related action for a period of approximately forty-five days. (ECF No. 19). In support of his motion, counsel for defendant contends that she needs additional time to review discovery received by the government on September 24, 2018, discuss relevant matters with her client, and perhaps conduct additional investigation. The government does not oppose defendant's request for a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and GRANTS the defendant's motion to continue. In deciding to grant the motion to continue, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the court hereby **ORDERS** as follows:

1. Trial of this action is continued until December 19, 2018, at 9:30 a.m., in Charleston. Jury instructions and proposed voir dire are to be filed by December 12, 2018;

2. All pretrial motions are to be filed by November 27, 2018;

3. A pretrial motions hearing is scheduled for December 4, 2018, at 11:30 a.m., in Charleston;

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 3rd day of October, 2018.

ENTER:

David A. Faber
Senior United States District Judge